**AMERICAN AQUASOURCE, INC, Appellant,**

v.

**John McHUGH, Secretary of the Army, Appellee.**

No. 2014–1083.

United States Court of Appeals, Federal Circuit.

Oct. 10, 2014.

Susan K. Montee, of St. Joseph, Missouri, argued for appellant.

Steven M. Mager, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for appellee. On the brief were Stuart F. Delery, Assistant Attorney General, Robert E. Kirschman, Jr., Director, Martin F. Hockey, Jr., Assistant Director, and David A. Harrington, Senior Trial Counsel.

LOURIE, REYNA, and TARANTO, Circuit Judges.

### JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

**Maria Prior PEREIRA, Plaintiff–Appellant,**

v.

**UNITED STATES, Defendant–Appellee.**

No. 2014–5103.

United States Court of Appeals, Federal Circuit.

Oct. 16, 2014.

Rehearing Denied Nov. 24, 2014.

Maria Prior Pereira, of Washington, DC, pro se.

A. Bondurant Eley, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC for defendant-appellee. With her on the brief were Stuart F. Delery, Assistant Attorney General, Robert E. Kirschman, Jr., Director, and Martin F. Hockey, Jr., Assistant Director.

DYK, TARANTO, and HUGHES, Circuit Judges.

### JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED AND ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**